William H. Littlewood, # 202877  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA, | Case No.  2:10-CV-02436-LKK-KJN |
| Plaintiff, | **ORDER RE STIPULATION TO TRANSFER MATTER TO THE FRESNO DIVISION** |
| v. | |
| COUNTY OF FRESNO, DEPARTMENT OF PROBATION, | |
| Defendant. | |

Having reviewed the foregoing STIPULATION, and good cause appearing therefore, it is HEREBY ORDERED as follows:

1.      The above-captioned action shall be transferred pursuant to L.R. 3-120(f) from the Sacramento Division of the United States District Court to the Fresno Division of the United States District Court.

Dated:  October 6, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT