| | |
|---|---|
| William H. Littlewood, # 202877<br>Christina C. Tillman, #258627<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:   (559) 433-1300<br>Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Plaintiff
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, DEPARTMENT OF PROBATION,<br><br>                    Defendant. | Case No.  1:10-CV-01857-AWI-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

Plaintiff ANTHONY DELANDA ("Plaintiff") and Defendant COUNTY OF FRESNO ("Defendant"), by and through their respective attorneys of record, hereby stipulate to continue the Settlement Conference presently set before Magistrate Judge Sheila K. Oberto in Fresno on May 26, 2011 at 10:30 a.m. to August 23, 2011, at 10:30 a.m. before Magistrate Judge Oberto.  The Parties further stipulate and agree that the good cause supporting the requested continuance is the mutual need for additional time to complete critical depositions, which in turn will allow the Parties to prepare for, and participate in, a more meaningful settlement conference.

IT IS SO STIPULATED.

Dated: May 17, 2011                                          LAW OFFICE OF RICHARD M. ROGERS


By:        /s/ Richard M. Rogers
            Richard M. Rogers
            Attorneys for Plaintiff
            ANTHONY DELANDA


Dated: May 17, 2011                                          McCORMICK, BARSTOW, SHEPPARD,
                                                             WAYTE & CARRUTH, LLP


By:     /s/ William H. Littlewood
            William H. Littlewood
            Attorneys for Defendant COUNTY OF
            FRESNO

**ORDER**

Upon reviewing the Stipulation entered into by and between Plaintiff and Defendant, and good cause appearing therefor, it is hereby ORDERED that the Settlement Conference now set for May 26, 2011, at 10:30 a.m. will be continued to August 23, 2011, at 10:30 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated:   **May 17, 2011**                                    **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE