IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA,             )<br>                                              )<br>            Plaintiff,              )<br>    v.                                    )<br>                                              )<br>COUNTY OF FRESNO DEPARTMENT )<br>OF PROBATION,                )<br>                                              )<br>            Defendant.         )<br>_____) | 1:10-cv-1857  AWI SKO<br><br>ORDER VACATING<br>DECEMBER 19, 2011,<br>HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

    Currently set for hearing and decision on December 19, 2011, is Plaintiff's motion for partial summary judgment.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2011, is VACATED, and the parties shall not appear at that time.  As of December 19, 2011, the Court will take Plaintiff's motion under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 14, 2011                                    _____
                                                                                                   CHIEF UNITED STATES DISTRICT JUDGE