Mart B. Oller IV, # 149186
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
COUNTY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA, | Case No.  1:10-CV-01857-AWI-SKO |
| Plaintiff, | **STIPULATED PROTECTIVE ORDER** |
| v. | Case Filed    9/10/10<br>Trial:            6/12/12 |
| COUNTY OF FRESNO, DEPARTMENT OF PROBATION, | |
| Defendant. | |

In connection with plaintiff's Request for Production of Documents, Request No. 9, defendant COUNTY OF FRESNO objected to the production of documents responsive thereto. The parties met and conferred and the plaintiff filed a motion to compel production of documents regarding same. On January 10, 2012, the parties had a telephonic conference with Magistrate Judge Sheila K. Oberto. During the conference, Judge Oberto issued a tentative ruling regarding the motion. Thereafter, the parties further met and conferred.

IT IS HEREBY STIPULATED by, among and between the parties through their counsel of record that the documents described herein may be designated as "Confidential" and produced subject to the following Protective Order:

1. The disclosed documents shall be used solely in connection with this action.

2. The parties shall produce the documents by affixing a mark labeling them

"Confidential-subject to protective order" on the first page of each document.

3. Documents or materials designated under this Protective Order cannot be disclosed outside of the confines of this litigation. The documents may be disclosed to the parties, their counsel of record and their legal staff, and the finder of fact at the time of trial subject to the Court's ruling on in limine motions and objections of counsel.

4. All documents or materials designated as "Confidential" pursuant to this stipulated Protective Order, and all papers or documents containing information or materials designated as "Confidential" that are filed with the court shall be filed and served under seal, with the following statement affixed to the document or information: "This envelope is sealed pursuant to the order of the Court and contains Confidential information filed in this case by [name of party] and is not to be opened nor the contents thereof displayed or revealed except by order of the Court."

5. At the conclusion of this litigation, all documents containing "Confidential" information will remain confidential, and if filed with the Court shall remain under seal. All parties agree to insure that all persons who received Confidential documents shall return the Confidential information to the attorney for the COUNTY OF FRESNO at the conclusion of this litigation. The conclusion of this litigation means a termination of the case following a trial or settlement.

6. The court shall retain jurisdiction, even after this lawsuit terminates to make such amendments, modifications and additions to this Protective Order as it may from time to time deem appropriate upon good cause shown; and b) to adjudicate any dispute respecting the improper use or disclosure of confidential information.

Dated: January 17, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP


                                           By: /s/ Mart B. Oller IV
                                                  Mart B. Oller IV
                                                  Attorneys for Defendant
                                                  COUNTY OF FRESNO

Dated: January 17, 2012                                  LAW OFFICE OF RICHARD M. ROGERS

                                                         By: /s/ Richard M. Rogers
                                                             Richard M. Rogers
                                                             Attorneys for Plaintiff
                                                             ANTHONY DELANDA

**ORDER**

The parties' stipulated protective order is approved and adopted by the Court with the following clarification.

Regardless of any agreement between the parties, sealing of documents is subject to prior court approval through a request made pursuant to Rule 141(a) of the Local Rules of the United States District Court, Eastern District of California. Local Rule 141(a) provides, in pertinent part, that "[t]o ensure that documents are properly sealed, specific requests to seal must be made even if an existing protective order, statute, or rule requires or permits the sealing of the document."

IT IS SO ORDERED.

   Dated:   **January 23, 2012**                         /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP

29253/00180-1854035.v1                         3

STIPULATE PROTECTIVE ORDER 1:10-CV-01857-AWI-SKO