**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:   415/981-9788
Facsimile:    415/981-9798
Email:          RogersRMR@yahoo.com

Attorneys for Plaintiff
**ANTHONY DELANDA**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA, ) | **Case No.: 1:10-CV-01857 AWI SKO** |
| Plaintiff, ) | Case filed:          09/10/10 |
| ) | Case transferred: 10/07/10 |
| v. ) | Trial date:          06/12/12 |
| ) | |
| COUNTY OF FRESNO, DEPARTMENT OF ) | **STIPULATION TO CONTINUE** |
| PROBATION, ) | **SETTLEMENT CONFERENCE;** |
| ) | **[PROPOSED] ORDER** |
| Defendant. ) | Date:     02/29/12 |
| ) | Time:    9:30am |
| ) | Location: Courtroom 7, 6th Floor |

The parties hereby stipulate to continue the Settlement Conference to April 12, 2012.

Dated: 2/17/12                               LAW OFFICE OF RICHARD M. ROGERS

                                        By: /s/ Richard M. Rogers
                                              RICHARD M. ROGERS
                                              Attorneys for Plaintiff

Dated: 2/17/12                               MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

                                        By: /s/ Mart B. Oller, IV
                                            MART B. OLLER, IV
                                            Attorneys for Defendant

**ORDER**

Pursuant to the parties' Stipulation, the settlement conference currently set for February 29, 2012, is HEREBY continued to April 12, 2012, at 10:15 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **February 17, 2012**            **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE