1   **RICHARD M. ROGERS, #045843**
    **LAW OFFICE OF RICHARD M. ROGERS**
2   100 Bush Street, #1980
    San Francisco, CA  94104
3   Telephone:     415/981-9788
    Facsimile:     415/981-9798
4   Email:         RogersRMR@yahoo.com

5   Attorneys for Plaintiff
    **ANTHONY DELANDA**

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  ANTHONY DELANDA,                    )   **Case No.:  1:10-CV-01857 AWI SKO**
                                        )
13            Plaintiff,                )   Case filed:        09/10/10
                                        )   Case transferred:  10/07/10
14       v.                             )   Trial date:        06/12/12
                                        )
15  COUNTY OF FRESNO, DEPARTMENT OF     )   **STIPULATION TO CONTINUE**
    PROBATION,                          )   **SETTLEMENT CONFERENCE;**
16                                      )   **[PROPOSED] ORDER_____**
                                        )
17            Defendant.                )   Date:       02/29/12
                                        )   Time:       9:30am
18                                      )   Location:   Courtroom 7, 6th Floor
    _____)
19

20

21

22

23

24

25

26

27

28

Case No.:  1:10-CV-01857 AWI SKO -- STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER

DELANDA
/1868498_1

1    The parties hereby stipulate to continue the Settlement

2 Conference to April 12, 2012.

3

4 Dated:___2/17/12_____        LAW OFFICE OF RICHARD M. ROGERS

5

6                                           By:__/s/ Richard M. Rogers_____
                                                    RICHARD M. ROGERS
                                                    Attorneys for Plaintiff

7

8 Dated:___2/17/12_____        MCCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP

9

10                                          By:__/s/ Mart B. Oller, IV_____
                                                    MART B. OLLER, IV
                                                    Attorneys for Defendant

11

12

13

14                                   **ORDER**

    Pursuant to the parties' Stipulation, the settlement

15 conference currently set for February 29, 2012, is HEREBY

16 continued to April 12, 2012, at 10:15 a.m. in Courtroom 7 before

17 Magistrate Judge Sheila K. Oberto.

18

19

20

21

22 IT IS SO ORDERED.

23    Dated:   **February 17, 2012**          **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Case No.:  1:10-CV-01857 AWI SKO -- STIPULATION TO CONTINUE SETTLEMENT CONFERENCE; ORDER

DELANDA
/1868498_1                                                                          1