IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA,          )<br>                                              )<br>              Plaintiff,            )<br>      v.                                    )<br>                                              )<br>COUNTY OF FRESNO DEPARTMENT )<br>OF PROBATION,                    )<br>                                              )<br>              Defendant.         )<br>_____) | 1:10-cv-1857  AWI SKO<br><br>ORDER REQUIRING<br>PARTIES TO FILE JOINT<br>PRE-TRIAL STATEMENT |

      Trial in this matter is set for June 12, 2012.  The pre-trial conference is set for April 19, 2012, at 8:30 a.m.  On April 9, 2012, Plaintiff filed a separate pre-trial statement.  Defendant has not filed a pre-trial statement.

      Local Rule 281 contains a procedure for parties to file separate pre-trial statements.  The procedure requires a Plaintiff to file a pre-trial statement no later than 14 days before the pre-trial conference.  See Local Rule 281(a)(1).  The deadline for Plaintiff to file a separate pre-trial statement passed on April 4, 2012.[1]  See Local Rule 281(a)(1).  The April 9, 2012, separate pret-trial statement violates the Local Rules.

---

[1] On April 9, 2012, the Court moved the pre-trial conference by minute order to April 19, 2012.  The original pre-trial date was April 18, 2012.  Thus, pursuant to the scheduling order, separate pre-trial statements should have been received on April 4, 2012.

1    However, Local Rule 281 also permits parties to file a joint pre-trial statement within 7
2 days of the pre-trial conference. See Local Rule 281(a)(2). The Court has a distinct preference
3 for parties to file a joint pre-trial statement, especially when all parties are represented by
4 counsel.
5    Since Plaintiff has filed an untimely separate pre-trial statement, the Court is concerned
6 that a joint pre-trial statement will not be submitted. In order to comply with both Local Rule
7 281 and this Court's preference, the parties will be ordered to file a joint pre-trial statement on or
8 by April 12, 2012.

10    Accordingly, IT IS HEREBY ORDERED that the parties are to file a joint pre-trial
11 statement on or by April 12, 2012, in preparation for the April 19, 2012, pre-trial conference.

13 IT IS SO ORDERED.

14 Dated:   April 10, 2012
15                                         CHIEF UNITED STATES DISTRICT JUDGE

daw                                        2