IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DELANDA,           )<br>                                                 )<br>              Plaintiff,            )<br>      v.                                     )<br>                                                 )<br>COUNTY OF FRESNO DEPARTMENT )<br>OF PROBATION,                )<br>                                                 )<br>              Defendant.         )<br>_____) | 1:10-cv-1857  AWI SKO<br><br>ORDER REQUIRING<br>PARTIES TO FILE JOINT<br>PRE-TRIAL STATEMENT |

    Trial in this matter is set for June 12, 2012.  The pre-trial conference is set for April 19, 2012, at 8:30 a.m.  On April 9, 2012, Plaintiff filed a separate pre-trial statement.  Defendant has not filed a pre-trial statement.

    Local Rule 281 contains a procedure for parties to file separate pre-trial statements.  The procedure requires a Plaintiff to file a pre-trial statement no later than 14 days before the pre-trial conference.  See Local Rule 281(a)(1).  The deadline for Plaintiff to file a separate pre-trial statement passed on April 4, 2012.[1]  See Local Rule 281(a)(1).  The April 9, 2012, separate pret-trial statement violates the Local Rules.

---

[1] On April 9, 2012, the Court moved the pre-trial conference by minute order to April 19, 2012.  The original pre-trial date was April 18, 2012.  Thus, pursuant to the scheduling order, separate pre-trial statements should have been received on April 4, 2012.

1        However, Local Rule 281 also permits parties to file a joint pre-trial statement within 7 days of the pre-trial conference. <u>See</u> Local Rule 281(a)(2). The Court has a distinct preference for parties to file a joint pre-trial statement, especially when all parties are represented by counsel.

       Since Plaintiff has filed an untimely separate pre-trial statement, the Court is concerned that a joint pre-trial statement will not be submitted. In order to comply with both Local Rule 281 and this Court's preference, the parties will be ordered to file a joint pre-trial statement on or by April 12, 2012.

       Accordingly, IT IS HEREBY ORDERED that the parties are to file a joint pre-trial statement on or by April 12, 2012, in preparation for the April 19, 2012, pre-trial conference.

IT IS SO ORDERED.

Dated:    April 10, 2012               _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE