UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANTHONY DELANDA, | Case No. 1:10-CV-01857-AWI-SKO |
| Plaintiff, | **JUDGMENT IN A CIVIL ACTION** |
| v. | |
| COUNTY OF FRESNO, DEPARTMENT OF PROBATION, | |
| Defendants. | |

Judgment is entered in this action in favor of Defendant COUNTY OF FRESNO and against Plaintiff ANTHONY DELANDA on all plaintiff's claims, according to the verdict of trial the jury returned in open Court on June 20, 2012.  Defendant shall recover costs of suit as allowed by law.

IT IS SO ORDERED.

Dated:   June 22, 2012         _____

CHIEF UNITED STATES DISTRICT JUDGE

1:10-CV-01857-AWI-SKO